| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| | United States Attorney |
| 2 | |
| | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879) |
| | Assistant United States Attorney |
| 5 | |
| | 1301 Clay Street, Suite 340S |
| 6 | Oakland, California 92612 |
| | Phone: (510) 637-3717 |
| 7 | Fax: (510) 637-3724 |
| | shashi.kewalramani@usdoj.gov |
| 8 | |
| | Attorneys for United States of America |
| 9 | |

**FILED**

**SEP 2 6 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL MARTIN,
JESSICA SANDERS,
MICHAEL ANDERSON, and
DIALLO MCLINN,

    Defendants.

No. 07-70574 WDB

UNITED STATES' APPLICATION TO UNSEAL COMPLAINT AND ALL SUPPORTING DOCUMENTS

The United States hereby moves this Court to unseal the Affidavit of DEA Special Agent William Todd Armstrong in support of the criminal complaint, the criminal complaint and all attachments, and the Court's Order. Because three of the defendants were arrested on September 26, 2007, there is no need to maintain the documents under seal.

DATED: September 26, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ signature

H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney