```
 1  RANDOLPH E. DAAR #88195
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3
    Attorney for Defendant
 4  JESSICA SANDERS
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JESSICA SANDERS, et al.,<br><br>      Defendants.<br>_____/ | 07-70574-WDB<br><br>EX PARTE REQUEST<br><u>TO EXPAND TRAVEL</u> |

   COMES NOW defendant JESSICA SANDERS, through counsel, and hereby requests that her travel be expanded to include the Eastern District of California. In support of said request, counsel declares:

   I am an attorney licensed to practice in the State of California and before this Court. I am the attorney of record for defendant JESSICA SANDERS.

   Defendant respectfully requests that her travel be expanded to include the Eastern District of California for family purposes.

   My associate has discussed this matter with United States Pretrial Services Officer, Paul Mamaril and with Assistant

1  United States Attorney, Shashi Kewalramani, who have no
2  objections to Ms. Sander's request to expand her travel to the
3  Eastern District of California.
4      Under the circumstances I respectfully request that the
5  court grant Ms. Sander's request.
6      I declare under penalty of perjury that the foregoing is
7  true and correct, and that this declaration is executed on
8  October 11, 2007, at San Francisco, California.

                                             /s/ RANDOLPH E. DAAR
                                            RANDOLPH E. DAAR

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CR 07-70574-WDB

    v.                              [PROPOSED] ORDER EXPANDING TRAVEL

JESSICA SANDERS, et al.,

    Defendants.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS travel be expanded to include the Eastern District of California.

    Dated:

_____
MAGISTRATE JUDGE, U. S. DISTRICT COURT

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1