1

2    **FILED**

3    OCT 2 3 2007

4    RICHARD W. WIEKING
     CLERK, U.S. DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
     OAKLAND

5

6

7              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
8                 SAN FRANCISCO DIVISION

9

10   UNITED STATES OF AMERICA,

11          Plaintiff,              CR 07-70574-WDB

12       v.                         [PROPOSED] ORDER EXPANDING
                                    TRAVEL
13   JESSICA SANDERS, et al.,

14          Defendants.
     _____/
15

16       Upon request of defendant and good cause appearing,

17       IT IS HEREBY ORDERED that JESSICA SANDERS travel be

18   expanded to include the Eastern District of California.

19       Dated: 10-23-07

20

21   _____
     MAGISTRATE JUDGE, U. S. DISTRICT COURT
22

23

24

25

26

27

28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

                    1