```
 1  RANDOLPH E. DAAR #88195
    ANNE MARIE TOMASSINI #239017
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorney for Defendant
    JESSICA SANDERS
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 9                     SAN FRANCISCO DIVISION
10
11  UNITED STATES OF AMERICA,

12          Plaintiff,              CR 07-70574 WDB

13      v.                          EX PARTE REQUEST
                                    FOR TRAVEL ORDER
14  JESSICA SANDERS, et al.,

15          Defendants.
    _____/
16
```

17      COMES NOW defendant JESSICA SANDERS, through counsel, and
18 hereby requests that she be allowed to travel outside of the
19 Northern District and Eastern Districts California to South Lake
20 Tahoe, Nevada.  In support of said request, counsel declares:
21      I am an attorney licensed to practice in the State of
22 California and before this Court.  I am one of the attorneys of
23 record for defendant JESSICA SANDERS.
24      Defendant will be traveling from California to South Lake
25 Tahoe, Nevada on Friday, November 23, 2007, to visit her family.
26 She will be staying at Zephyr Cove, a condominium complex,
27 located at 180 Elk Point Road, South Lake Tahoe, Nevada,
28 telephone number (775) 588-2388, on Friday, November 23 and

1  Saturday, November 24th.  She will returning to California on
2  Sunday, November 25th.
3       My associate has discussed this matter with United States
4  Pretrial Services Officer Paul Mamaril and with Assistant United
5  States Attorney Shashi Kewalramani, who have no objections to
6  Ms. Sander's requested travel.
7       Under the circumstances I respectfully request that the
8  court grant Ms. Sander's request.
9       I declare under penalty of perjury that the foregoing is
10 true and correct, and that this declaration is executed on
11 November 13, 2007, at San Francisco, California.

                                    /s/ RANDOLPH E. DAAR
                                    RANDOLPH E. DAAR

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CR 07-70574 WDB

    v.                           ORDER ALLOWING TRAVEL

JESSICA SANDERS, et al.,

    Defendants.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS may travel to South Lake Tahoe, Nevada, from November 23 to November 25, 2007.

    Dated:

                                   _____
                                   WAYNE D. BRAZIL
                                   Magistrate Judge
                                   United States District Court