1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN

5

6

7

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                       OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,
                                      CR 07-70574 WDB
12          Plaintiff,
                                      **AMENDED THIRD STIPULATION TO**
13      v.                            **WAIVE TIME UNDER THE SPEEDY**
                                      **TRIAL ACT WITH RESPECT TO**
14  MICHAEL MARTIN, et al.,           **PRELIMINARY HEARING AND FILING**
                                      **OF FURTHER CHARGING DOCUMENTS**
15          Defendants.
    _____/
16

17      This matter is scheduled for preliminary hearing or

18  arraignment on Friday, December 14, 2007, at 10:00 a.m.

19      The government provided as discovery over 1,400 pages of

20  documents during the month of October.  In early November, the

21  government provided 10 CD-ROMs containing photographs and video

22  recordings.

23      Additional discovery was produced as recently as December

24  5, 2007, consisting of further DEA-6 reports.

25      The parties have previously agreed and so stipulated to

26  waive time for the preliminary hearing in order for counsel to

27  have sufficient time to review the discovery and evaluate the

28  prospect of pre-indictment resolution.

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

                                    1

1    The parties had scheduled a meeting wherein counsel for all

2 parties would meet and confer.

3    However, the meeting did not go forward as planned, and as

4 of the time of writing, the parties are attempting to

5 reschedule.

6    The exclusion of additional time will facilitate the

7 prospect of meaningful discussions which could obviate the need

8 to consume judicial and public resources as well as some of the

9 defendants' resources with respect to investigation and

10 litigation of motions in preparation for trial.

11    In light of the foregoing, all of the defendants agree to

12 waive the necessary additional time pursuant to Fed.R.Crim.P. 5

13 and 18 U.S.C. § 3161, the Speedy Trial Act, such that the pre-

14 liminary hearing be extended to January 29, 2008, at 10:00 a.m.

15    All of the defendants are out of custody on bond.

16 Defendants each have consulted with their attorneys and

17 understand that they have the right to a preliminary hearing or

18 that further charging documents be presented and filed with the

19 Court on the day of or before said preliminary hearing.

20 Pursuant to Fed.R.Crim.P. 5.1(d), the defendants knowingly and

21 voluntarily waive their rights to a preliminary hearing on

22 December 14, 2007, and agree to extend the time for preliminary

23 hearing until January 29, 2008.  The parties also agree that

24 good cause exists to grant the extension in light of the ongoing

25 discovery process and for the effective preparation of counsel

26 for the defendants.

27    The parties jointly request that the time between December

28 14, 2007, and January 29, 2008, be excluded under the Speedy

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1 Trial Clock to allow defendants' counsel to review any

2 additional discovery and effectively prepare, taking into

3 account the exercise of due diligence.  See 18 U.S.C. §§

4 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the

5 "ends of justice served by the granting of such continuance

6 outweigh the best interests of the public and the defendant[s]

7 in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

8      Dated:  December 13, 2007

9

10 SCOTT N. SCHOOLS
   United States Attorney

11

12 /s/ SHASHI KEWALRAMANI
   H.H. (SHASHI) KEWALRAMANI
13 Assistant United States Attorney
   Attorney for the United States

14

15 /s/ SARA ZALKIN                    /s/
   SARA ZALKIN                        MICHAEL MARTIN
16 Attorney for MICHAEL MARTIN        Defendant

17

   /s/ RANDOLPH E. DAAR              /s/
18 RANDOLPH E. DAAR                   JESSICA SANDERS
   Attorney for JESSICA SANDERS       Defendant

19

20 /s/ JEROME MATTHEWS                /s/
   JEROME MATTHEWS                    MICHAEL ANDERSON
21 Attorney for MICHAEL ANDERSON      Defendant

22

   /s/   TED CASSMAN                 /s/
23 TED CASSMAN                        DIALLO McLINN
   LAUREL HEADLEY                     Defendant
24 Attorneys for DIALLO McLINN

25

26

27

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

28

3

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,          CR 07-70574 WDB

9            Plaintiff,              [PROPOSED] ORDER GRANTING THIRD
                                     STIPULATION TO WAIVE TIME UNDER
10      v.                           SPEEDY TRIAL ACT AND FOR
                                     PRELIMINARY HEARING
11  MICHAEL MARTIN, et al.,

12            Defendant.
                                   /
13

14       Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. §

15  3161(h)(8), the parties in this matter have filed a Third

16  Stipulation to Waive Time Under the Speedy Trial Act and for

17  Preliminary Hearing, seeking to waive and extend the time for

18  the preliminary hearing and to exclude the time between December

19  14, 2007, through January 29, 2008, from the Speedy Trial Clock.

20  The stipulation was signed by counsel of record as well as the

21  defendants such that the defendants are knowingly and

22  voluntarily waiving their rights to a preliminary hearing on

23  December 14, 2007, and extending the preliminary hearing until

24  January 29, 2008.

25

26

27

**LAW OFFICES**
506 BROADWAY  28
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1       The stipulation noted that the government provided

2  discovery to defendants' counsel during the period previously

3  excluded (from October 26, 2007 to December 14, 2007).

4       Additional time will allow defendants' counsel to better

5  evaluate the case, including the prospect of early resolution at

6  the pre-indictment stage.  Counsel also acknowledged that an

7  exclusion of time under the Speedy Trial Act is appropriate to

8  allow for the effective preparation of defense counsel taking

9  into account the exercise of due diligence.  Good cause

10 appearing therefor,

11      **IT IS HEREBY ORDERED** that the period between December 14,

12 2007, and January 29, 2008, is excluded from the Speedy Trial

13 Clock to allow counsel to effectively prepare, taking into

14 account the exercise of due diligence.  18 U.S.C. §

15 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice

16 served by the granting of such continuance outweigh[s] the best

17 interests of the public and the defendant in a speedy trial."

18 18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that

19 the defendants knowingly and voluntarily waived the period

20 between December 14, 2007, and January 29, 2008, such that

21 preliminary hearing is now scheduled for January 29, 2008 at

22 10:00 a.m.

23      Dated:

24

25                                _____

                                 WAYNE D. BRAZIL, Judge
26                               United States District Court

27

**LAW OFFICES**

506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

28

2