```
 1  RANDOLPH E. DAAR #88195
    ANNE MARIE TOMASSINI #239017
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorney for Defendant
    JESSICA SANDERS
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 9                     SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,              CR 07-70574 WDB

13       v.                         EX PARTE REQUEST
                                    FOR TRAVEL ORDER
14  JESSICA SANDERS, et al.,

15          Defendants.
    _____/
16

17       COMES NOW defendant JESSICA SANDERS, through counsel, and

18  hereby requests that she be allowed to travel outside of the

19  Northern and Eastern Districts of California to South Lake

20  Tahoe, Nevada.  In support of said request, counsel declares:

21       I am an attorney licensed to practice in the State of

22  California and before this Court.  I am one of the attorneys of

23  record for defendant JESSICA SANDERS.

24       Defendant will be traveling from California to South Lake

25  Tahoe, Nevada on Saturday, February 9, 2008, to make use of the

26  timeshare she purchased prior to her arrest before it expires.

27  She will be staying at Zephyr Cove, a condominium complex,

28  located at 180 Elk Point Road, South Lake Tahoe, Nevada, 89448,
```

telephone number (775) 588-2388.  She will returning to California on Sunday, February 10, 2008.

My associate has discussed this matter with United States Pretrial Services Officer Paul Mamaril and with Assistant United States Attorney Shashi Kewalramani, who have no objections to Ms. Sander's requested travel.

Under the circumstances I respectfully request that the court grant Ms. Sander's request.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on January 16, 2008, at San Francisco, California.

       /s/ RANDOLPH E. DAAR
       RANDOLPH E. DAAR

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CR 07-70574 WDB

  v.                             ORDER ALLOWING TRAVEL

JESSICA SANDERS, et al.,

    Defendants.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS may travel to South Lake Tahoe, Nevada, from February 9 to February 10, 2008.

    Dated:

                                        _____
                                        WAYNE D. BRAZIL
                                        Magistrate Judge
                                        United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331