UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                       4-07-70574 WDB

    v.                           ORDER ALLOWING TRAVEL

JESSICA SANDERS, et al.,

    Defendants.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS may travel to South Lake Tahoe, Nevada, from February 9 to February 10, 2008.

    Dated: January 18, 2008

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331