| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 13 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 2/26/08 10:03:00-10:16:48 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>2/26/08 | NEW CASE<br>☐ | CASE NUMBER<br>CR-08-0099-CW |

### APPEARANCES

| DEFENDANT<br>JESSICA SANDERS | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Randolph Daar | PD. ☐  RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Shashi Kewalramani | | INTERPRETER<br>None | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Paul Mamaril | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☒ PRELIM HRG<br>NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>13 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON<br>INFORMATION<br>CT. 2 with FORFEITURE ALLEGATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>3/26/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:30 p.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☒ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>CLAUDIA WILKEN | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED BY<br>THE DEFT. RE: SPEEDY<br>TRIAL ACT CALCULATION<br>BET. NOW & UNTIL 3/26/08 | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

ADDITIONAL PROCEEDINGS

FOR CONTINUITY & EFFECTIVE PREP. OF COUNSEL & TO DO SOME INVESTIGATION

FILED FEB 26 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

cc: WDB's Stats, Sheilah

DOCUMENT NUMBER: