O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
JESSICA SANDERS

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-0099 CW

I, JESSICA SANDERS, the above named defendant, who is accused of

Illegal Use Of A Communication Facility, in violation of 21, United States Code, Section 843

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-26-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

Defendant Jessica Sanders

Counsel for Defendant Randolph E. Daar

Before _____ 2-26-08
Judicial Officer