```
RANDOLPH E. DAAR #88195
ANNE MARIE TOMASSINI #239017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
JESSICA SANDERS
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 08-0099 CW/WDB |
| v. | EX PARTE REQUEST FOR TRAVEL ORDER |
| JESSICA SANDERS, et al., | |
| Defendants. | |

COMES NOW defendant JESSICA SANDERS, through counsel, and hereby requests that she be allowed to travel outside of the Northern and Eastern Districts of California to Kailua-Kona, Hawaii. In support of said request, counsel declares:

I am an attorney licensed to practice in the State of California and before this Court. I am one of the attorneys of record for defendant JESSICA SANDERS.

Defendant will be traveling from California to Kailua-Kona, Hawaii, on Tuesday, June 24, 2008, and returning to California on Saturday, June 28, 2008. She will be staying at the Kona Hawaiian Village, located at 75-5961 Alii Drive Kailua-Kona, HI 96740, telephone number 1-888-273-2554.

1  I have discussed this matter with United States Pretrial Services Officer Paul Mamaril and with Assistant United States Attorney Shashi Kewalramani, who have no objections to Ms. Sander's requested travel.

Under the circumstances I respectfully request that the court grant Ms. Sander's request.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on March 6, 2008, at San Francisco, California.

                                        /s/ ANNE MARIE TOMASSINI
                                        ANNE MARIE TOMASSINI

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

JESSICA SANDERS, et al.,

       Defendants.
_____/

CR 08-0099 CW/WDB

ORDER ALLOWING TRAVEL

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that JESSICA SANDERS may travel to Kailua-Kona, Hawaii, from June 24, 2008 to June 28, 2008.

Dated:

                                             _____
                                             WAYNE D. BRAZIL
                                             Magistrate Judge
                                             United States District Court