```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION


UNITED STATES OF AMERICA,
                                          CR 08-0099 CW/WDB
        Plaintiff,

    v.                                    ORDER ALLOWING TRAVEL

JESSICA SANDERS, et al.,

        Defendants.
_____/

     Upon request of defendant and good cause appearing,
     IT IS HEREBY ORDERED that JESSICA SANDERS may travel to
Kailua-Kona, Hawaii, from June 24, 2008 to June 28, 2008.
     Dated: March 14, 2008
```

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court