1  RANDOLPH E. DAAR #88195
   ANNE MARIE TOMASSINI #239017
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorney for Defendant
   JESSICA SANDERS

5

6

7

8                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,
                                    CR 08-0099 CW/WDB
12          Plaintiff,
                                    EX PARTE REQUEST
13      v.                          FOR TRAVEL ORDER

14 JESSICA SANDERS, et al.,

15          Defendants.
   _____/
16

17      COMES NOW defendant JESSICA SANDERS, through counsel, and

18 hereby requests that she be allowed to travel outside of the

19 Northern and Eastern Districts of California to Disneyland,

20 located in Anaheim, California, with her family.  In support of

21 said request, counsel declares:

22      I am an attorney licensed to practice in the State of

23 California and before this Court.  I am one of the attorneys of

24 record for defendant JESSICA SANDERS.

25      Defendant will be driving to Anaheim, California, on

26 Friday, April 11, 2008, and returning on Monday, April 14, 2008.

27 She will be staying either at the Anaheim Marriot, located at

28 700 West Convention Way, Anaheim, California 92802, telephone

1  number, (714) 750-8000, or the Hotel Menage, located at 1221

2  South Harbor Blvd, Anaheim, California 92805, telephone number,

3  (714) 758-0900.  Ms. Sanders will provide United States Pretrial

4  Services Officer Paul Mamaril with her itinerary.

5      I have discussed this matter with United States Pretrial

6  Services Officer Paul Mamaril and with Assistant United States

7  Attorney Shashi Kewalramani, who have no objections to Ms.

8  Sander's requested travel.

9      Under the circumstances I respectfully request that the

10  court grant Ms. Sander's request.

11      I declare under penalty of perjury that the foregoing is

12  true and correct, and that this declaration is executed on March

13  19, 2008, at San Francisco, California.

14

15                          /s/ RANDOLPH E. DAAR
                            RANDOLPH E. DAAR

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
8                        OAKLAND DIVISION

9

10  UNITED STATES OF AMERICA,
                                      CR 08-0099 CW/WDB
11          Plaintiff,

12      v.                            ORDER ALLOWING TRAVEL

13  JESSICA SANDERS, et al.,

14          Defendants.
    _____/
15

16      Upon request of defendant and good cause appearing,

17      IT IS HEREBY ORDERED that JESSICA SANDERS may travel to

18  Anaheim, California, from April 11, 2008 to April 14, 2008.

19      Dated:

20

21                          _____

22                          WAYNE D. BRAZIL
                            Magistrate Judge
23                          United States District Court

24

25

26

27

**LAW OFFICES**
506 BROADWAY    28
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331