UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JESSICA SANDERS, et al.,<br>    Defendants.<br>_____/ | CR 08-0099 CW/WDB<br><br>ORDER ALLOWING TRAVEL |

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS may travel to Anaheim, California, from April 11, 2008 to April 14, 2008.

    Dated: March 24, 2008

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court