UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 4/2/08**

**Plaintiff:** United States

**v.**                                                                **No.** CR-08-00099 CW

**Defendant:** Jessica Sanders (present)

**Appearances for Plaintiff:**
Keslie Stewart for Sashi Kewalramani

**Appearances for Defendant:**
Randolph Daar

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:** Disposition or Trial Setting or Motions Setting

**Notes:** Defense has draft of plea agreement but needs additional time. **Case continued to 4/16/08 at 2:30 p.m. for disposition or trial setting or motions setting.** Defense counsel to know by 4/16 if there will be any motions to file. Time excluded for effective preparation.

Copies to: Chambers