UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 1 6 2008
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
OAKLAND CALIFORNIA

Case Number: CR-08-00099 CW
Defendant's Name: Jessica Sanders
Defense Counsel: Randolph Daar
Referral Date: 4/16/08
Sentencing Date: 7/9/08 @ 2:30 pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
Deputy Clerk

for use of Courtroom Deputies:
Is defendant in custody: No
Is defendant English-speaking? Yes

cc: U. S. Probation