UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/16/08

**Plaintiff:** United States

**v.**                                         **No.** CR-08-00099 CW

**Defendant:** Jessica Sanders (present)


**Appearances for Plaintiff:**
Doug Sprague

**Appearances for Defendant:**
Randolph Daar

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Change of Plea**

**Notes:**    Defendant arraigned on Information; reading waived. Waiver of Indictment filed.  Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Count Two of the felony Information charge illegal use of a communication facility in violation of 21 USC 843. Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested.  **Sentencing set for 7/9/08 at 2:30 p.m.** Counsel to check and see if co-defendant Martin's sentencing can also be continued from 7/2 to 7/9.

Copies to: Chambers