```
RANDOLPH E. DAAR #88195
ANNE MARIE TOMASSINI #239017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
JESSICA SANDERS
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA SANDERS, et al.,<br><br>    Defendants.<br>_____/ | CR 08-0099 CW/WDB<br><br>AMENDED EX PARTE<br><u>REQUEST FOR TRAVEL ORDER</u> |

On March 14, 2008, this Court signed the Order allowing Jessica Sanders to travel to Kailua-Kona, Hawaii, from Tuesday, June 24, 2008, and returning to California on Saturday, June 28, 2008. Counsel inadvertently provided the court with the incorrect return date. Ms. Sanders will be returning on Saturday July 5, 2008.

I have discussed this matter with United States Pretrial Services Officer Paul Mamaril and with Assistant United States Attorney Keslie Stewart, who have no objections to Ms. Sander's return date of July 5, 2008.

1  I declare under penalty of perjury that the foregoing is
2 true and correct, and that this declaration is executed on May
3 2, 2008, at San Francisco, California.

5                                          /s/ ANNE MARIE TOMASSINI
                                           ANNE MARIE TOMASSINI

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331