UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>JESSICA SANDERS, et al.,<br>　　　Defendants.<br>_____/ | CR 08-0099 CW/WDB<br><br>AMENDED ORDER ALLOWING TRAVEL |

　　Upon request of defendant and good cause appearing,

　　IT IS HEREBY ORDERED that JESSICA SANDERS may travel to Kailua-Kona, Hawaii, from June 24, 2008 to July 5, 2008.

　　Dated:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　United States District Court