JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637–3680
Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>    Plaintiff, ) <br>    v. ) <br> JESSICA SANDERS, ) <br>    Defendant. ) | No.  CR 08-00099 WDB <br><br> SUBSTITUTION OF ATTORNEY |

Please take notice that as of May 7, 2008, the Assistant U.S. Attorney whose name, Address, telephone number and email address are listed below was assigned to be co-counsel for the government.

                Assistant U.S. Attorney Keslie Stewart
                1301 Clay Street, Suite 340S
                Oakland, CA 94612
                Telephone: (510) 637-3680
                Keslie.Stewart@usdoj.gov

DATED: May 7, 2008            Respectfully submitted,

                            JOSEPH P. RUSSONIELLO
                            United States Attorney

                              /s/
                            KESLIE STEWART
                            Assistant United States Attorney