UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-0099 CW/WDB |
| Plaintiff, | |
| v. | AMENDED ORDER ALLOWING TRAVEL |
| JESSICA SANDERS, et al., | |
| Defendants. | |

Upon request of defendant and good cause appearing,

IT IS HEREBY ORDERED that JESSICA SANDERS may travel to Kailua-Kona, Hawaii, from June 24, 2008 to July 5, 2008.

Dated: May 6, 2008

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court