## PIER 5 LAW OFFICES
A COMMUNITY OF SOLE PRACTITIONERS

JAMES J. CLARK
RANDOLPH E. DAAR
OMAR FIGUEROA
GAYLE GUTEKUNST
CAROLYN M. HAGIN
LAURENCE JEFFREY LICHTER
NEDRA RUIZ
DIANA SAMUELSON
J. TONY SERRA
ANNE MARIE TOMASSINI
EAN VIZZI
SHARI LYNN WHITE
SARA ZALKIN

506 BROADWAY
SAN FRANCISCO 94133
TELEPHONE YUKON 6-5591
AREA CODE 415
FAX: 421-1331

SECRETARIAL STAFF:
PENELOPE ROSE
STEPHANIE BROWN

May 7, 2008

Honorable Judge Wayne D. Brazil
U.S. District Court, Northern District
1301 Clay St., Ste. 400 South
Oakland CA 94612

U.S. v. Jessica Sanders, et al.
Case No. CR-08-00099 CW/WB

To the Honorable Wayne D. Brazil:

I am an attorney who works with Randolph E. Daar. We represent Jessica Sanders in the above-referenced matter.

This letter is to schedule a Bail Modification Hearing regarding Ms. Sander's use of Marinol as lawfully prescribed by a physician. I have spoken with Assistant United States Attorney, Keslie Stewart, and United States Pre-trial Services Officer, Paul Mamaril, who have agreed to be present on Friday, May 9, 2008, at 10:00 a.m., for a hearing in this matter.

Should you have any questions, please feel free to contact me at (415) 986-5591 x121 or (415) 246-7136.

Sincerely,

*[signature]*

ANNE MARIE TOMASSINI