UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               4:08 CR 99 CW

   v.

MICHAEL MARTIN,
JESSICA SANDERS,

    Defendants.
_____/

**ORDER CHANGING TIME FOR SENTENCING HEARING (LOCAL RULE 6-3)**

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this matter as to defendants Michael Martin and Jessica Sanders is continued from July 2, 2008, to **August 6, 2008, 2008, at the hour of 2:30 p.m**.

Dated: 5/16/08

*/s/ Claudia Wilken*
_____
CLAUDIA WILKEN, Judge
United States District Court

cc: U.S. Probation

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331