```
 1  RANDOLPH E. DAAR # 88195
    ANNE MARIE TOMASSINI # 239017
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    JESSICA SANDERS
 5

 6

 7                   UNITED STATES DISTRICT COURT

 8                  NORTHERN DISTRICT OF CALIFORNIA

 9                         OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,       CR 08-00099 CW/WDB

12           Plaintiff,
                                    STIPULATION AND PROPOSED ORDER
13                                  FOR MODIFICATION OF PRETRIAL
          v.                        RELEASE CONDITIONS PERMITTING
14                                  DEFENDANT TO USE MARINOL AS
                                    PRESCRIBED
15  JESSICA SANDERS,

16           Defendant.
    _____/
17
```

18      On May 7, 2008, a hearing was held before this Court
19 regarding the modification of Jessica Sanders' pretrial release
20 conditions, to permit Ms. Sanders to use Marinol, a synthetic
21 version of tetrahydrocannabinol (THC), which is approved by the
22 Food and Drug Administration (FDA), as lawfully prescribed by
23 her physician, Dr. Eugene Schoenfeld, to relieve her medical
24 condition.  The government had no objection to Ms. Sanders'
25 request to use Marinol, provided that it is lawfully prescribed
26 by a medical physician.
27      This Court indicated that Ms. Sanders' pretrial release
28 conditions would be modified to permit Ms. Sanders to use

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  Marniol as lawfully prescribed by her physician, upon
2  confirmation of Dr. Schoenfeld's license to practice medicine
3  within the State of California.
4      I have been informed by United States Pretrial Services
5  Officer, Paul Mamaril, that according to the State of California
6  Medical Board, Dr. Eugene Schoenfeld is licensed to practice
7  medicine in the State of California.
8      Thus, the parties hereby stipulate and agree that Ms.
9  Sanders may use Marinol to treat her medical condition as
10 lawfully prescribed by her physician.

```
        Dated: 5/15/08              /s/ KESLIE STEWART
                                    KESLIE STEWART
                                    Assistant United States Attorney

        Dated: 5/15/08              /s/ ANNE MARIE TOMASSINI
                                    ANNE MARIE TOMASSINI
                                    Attorney for Defendant
                                    JESSICA SANDERS
```

```
RANDOLPH E. DAAR # 88195
ANNE MARIE TOMASSINI # 239017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JESSICA SANDERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-00099 CW/WDB |
| Plaintiff, | |
| v. | ORDER MODIFYING PRETRIAL RELEASE CONDITIONS TO PERMIT DEFENDANT TO USE MARINOL AS PRESCRIBED |
| JESSICA SANDERS, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Jessica Sanders be allowed to use Marinol as lawfully prescribed by a physician.

SO ORDERED.

Dated:

```
                              _____
                              WAYNE D. BRAZIL
                              Magistrate Judge
                              United States District Court
```