RANDOLPH E. DAAR # 88195
ANNE MARIE TOMASSINI # 239017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JESSICA SANDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA SANDERS,<br><br>    Defendant.<br>_____/ | CR 08-00099 CW/WDB<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS PERMITTING DEFENDANT TO USE MARINOL AS PRESCRIBED** |

On May 7, 2008, a hearing was held before this Court regarding the modification of Jessica Sanders' pretrial release conditions, to permit Ms. Sanders to use Marinol, a synthetic version of tetrahydrocannabinol (THC), which is approved by the Food and Drug Administration (FDA), as lawfully prescribed by her physician, Dr. Eugene Schoenfeld, to relieve her medical condition. The government had no objection to Ms. Sanders' request to use Marinol, provided that it is lawfully prescribed by a medical physician.

1   This Court indicated that Ms. Sanders' pretrial release
2 conditions would be modified to permit Ms. Sanders to use
3 Marniol as lawfully prescribed by her physician, upon
4 confirmation of Dr. Schoenfeld's license to practice medicine
5 within the State of California.
6   I have been informed by United States Pretrial Services
7 Officer, Paul Mamaril, that according to the State of California
8 Medical Board, Dr. Eugene Schoenfeld is licensed to practice
9 medicine in the State of California.
10   Thus, the parties hereby stipulate and agree that Ms.
11 Sanders may use Marinol to treat her medical condition as
12 lawfully prescribed by her physician.

Dated: 5/15/08        /s/ KESLIE STEWART
                      KESLIE STEWART
                      Assistant United States Attorney

Dated: 5/15/08        /s/ ANNE MARIE TOMASSINI
                      ANNE MARIE TOMASSINI
                      Attorney for Defendant
                      JESSICA SANDERS

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

```
RANDOLPH E. DAAR # 88195
ANNE MARIE TOMASSINI # 239017
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JESSICA SANDERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-00099 CW/WDB |
| Plaintiff, | ORDER MODIFYING PRETRIAL RELEASE CONDITIONS TO PERMIT DEFENDANT TO USE MARINOL AS PRESCRIBED |
| v. | |
| JESSICA SANDERS, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Jessica Sanders be allowed to use Marinol as lawfully prescribed by a physician.

SO ORDERED.

Dated: May 20, 2008

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court