```
 1  RANDOLPH E. DAAR, 88195
    ANNE MARIE TOMASSINI, 239017
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for JESSICA SANDERS
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSICA SANDERS, et al.,<br><br>    Defendant.<br>_____ / | CR 08-0099 CW/WDB<br><br>EX PARTE REQUEST<br><u>FOR TRAVEL ORDER</u> |

COMES NOW defendant JESSICA SANDERS, through counsel, and hereby requests that she be allowed to travel outside the Northern and Eastern Districts of California, to Los Angeles, California, to visit a friend. In support of said request, counsel declares:

I am an attorney licensed to practice in the state of California and before this Court. I am one of the attorneys of record for defendant JESSICA SANDERS.

Ms. Sanders will be driving to Los Angeles, California, on Saturday, July 19, 2008, and returning on Sunday, July 20, 2008. She will be staying at the Omni Hotel, located in Los Angeles.

I have discussed this matter with United States Pretrial Services Officer Paul Mamaril and with Assistant United States Attorney Keslie Stewart, who have no objections to Ms. Sanders'

1  requested travel.
2      Under the circumstances, I respectfully request that the
3  court grant Ms. Sanders' request.
4      I declare under the penalty of perjury that the foregoing
5  is true and correct, and that this declaration is executed on
6  July 15, 2008, at San Francisco, California.

                                    /s/ ANNE MARIE TOMASSINI
                                    ANNE MARIE TOMASSINI
                                    Attorney for JESSICA SANDERS

```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 8                        SAN FRANCISCO DIVISION
 9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
                                        CR 08-0099 CW/WDB
12       v.
                                        ORDER ALLOWING TRAVEL
13  JESSICA SANDERS, et al.,
14          Defendant.
                                  /
15
16       Upon request of the defendant and good cause appearing,
17       IT IS HEREBY ORDERED that JESSICA SANDERS may travel to Los
18  Angeles, California, from July 19, 2008, to July 20, 2008.
19       Dated:
20
21                                  _____
                                    WAYNE D. BRAZIL
22                                  Magistrate Judge
                                    United States District Court
23
24
25
26
27
28
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331