UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JESSICA SANDERS, et al.,

    Defendant.
_____/

CR 08-0099 CW/WDB

<u>ORDER ALLOWING TRAVEL</u>

    Upon request of the defendant and good cause appearing,

    IT IS HEREBY ORDERED that JESSICA SANDERS may travel to Los Angeles, California, from July 19, 2008, to July 20, 2008.

    Dated: July 17, 2008

*[signature: Wayne D. Brazil]*
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331