```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,
                                    CR 08-00099 CW
          Plaintiff,
                                    STIPULATION AND ORDER
     v.                             CONTINUING SENTENCING
                                    HEARING
MICHAEL JOHN MARTIN and
JESSICA SANDERS

          Defendants.
_____/
```

THE PARTIES HEREBY STIPULATE AND AGREE to continue the sentencing hearing presently set for August 6, 2008 at 2:30 p.m. to September 3, 2008 at 2:30 p.m.

This matter was initially set for sentencing on July 2, 2008 as to Mr. Martin and July 9, 2008 as to Ms. Sanders. At Mr. Martin's request, and over the government's opposition, sentencing was continued to August 6, 2008 for both defendants.

The continuance is predicated upon the need for additional time for thorough preparation of the presentence report herein.

Charles W. Mabie, United States Probation Officer Specialist, conducted the interview portion of his presentence

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

investigation on May 28, 2008 as to Mr. Martin, and on June 2, 2008 as to Ms. Sanders. Mr. Mabie requested additional material from both defendants at that time which he seeks to incorporate into his presentence report.

Assistant United States Attorney Keslie Stewart has no objection to a continuance for the purpose of thorough preparation of the presentence reports herein.

Dated: July 15, 2008

/s/ KESLIE STEWART
KESLIE STEWART
Assistant U.S. Attorney

/s/ SARA ZALKIN
SARA ZALKIN
Attorney for MICHAEL MARTIN

/s/ RANDOLPH DAAR
RANDOLPH DAAR
Attorney for JESSICA SANDERS

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the request for a continuance is reasonable, and will allow the sentencing hearing as to both defendants to be continued from August 6, 2008 at 2:30 p.m to September 3, 2008 at 2:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/23/08

CLAUDIA WILKEN, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331