JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No.  CR 08-00099 CW |
|        Plaintiff,                              ) | UNITED STATES' SENTENCING MEMORANDUM |
|        v.                                         ) | |
| JESSICA DAWN SANDERS,          ) | |
|        Defendant.                           ) | |

     The parties and the Probation Officer agree that the defendant's total adjusted offense level is 10 and her criminal history category is I, resulting in a Guidelines range of 6-12 months in Zone B of the Sentencing Table.  Consistent with the recommendations in the PSR, the United States respectfully recommends a sentence of three years probation, with six months electronic monitoring and all of the other terms and conditions recommended by the Probation Officer, no fine, and a special assessment of $100.

DATED: August 29, 2008          Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney
                                            /s/
                                      KESLIE STEWART
                                      Assistant United States Attorney

CR 08-00099 CW
SENTENCING MEMO